263 So.2d 46

**Robert H. GRESSETT and Rose-
mary Gressett**

**v.**

**Berneal AARON and Ethel Aaron, d/b/a
Driftwood Motel and Lounge.**

**No. 52601.**

June 26, 1972.

Writ denied. Relator has a remedy by appeal in the event of adverse judgment on the merits.

263 So.2d 46

**Robert E. O'DELL**

**v.**

**INTERNATIONAL PAPER COMPANY.**

**No. 52589.**

June 22, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.